JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLES SAUSAGE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BUFFALO WALLOW, LLC, a Montana limited liability Company, d/b/a Montrail Bison, and STEVE KILLORN, an individual and DOES 1 to 25, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | CASE NO. 2:18-cv-10531-SJO-JEM <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S** *UNOPPOSED* **MOTION TO REMAND** <br><br> **DATE:** February 19, 2019 <br> **TIME:** 10 a.m. <br> **CTRM:** 10c <br><br> **Hon. S. James Otero** |

Having considered Plaintiff and Counter-Defendant's unopposed Motion to Remand ("Motion"), and good cause appearing, the Court hereby GRANTS Plaintiff's Motion and ORDERS this action remanded to state court forthwith.

IT IS SO ORDERED.

DATED: February __8__, 2019

*S. James Otero*
―――――――――――――
Hon. S. James Otero